United States District Court
Southern District of Texas
**ENTERED**
February 02, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREGORY JOSE LOPEZ MARQUEZ, | § § | CIVIL ACTION NUMBER 4:26-cv-00176 |
| Petitioner, | § § § | |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| PAMELA BONDI, *et al*, Respondents. | § § § | |

## ORDER

Prior order directed Respondents to provide Petitioner a bond hearing by February 4, 2026, after failing to respond by the show-cause deadline. Dkt 8.

Petitioner filed a status report, indicating that Respondents did provide him with a bond hearing with an immigration judge on January 29, 2026. Dkt 9. But the immigration judge denied bond because he found Petitioner was subject to mandatory detention under 8 USC §1225(b)(2).

Because Respondents failed to show cause, Petitioner became entitled to his requested relief—a bond hearing pursuant to 8 USC §1226(a). See Dkt 1.

Respondents are thus ORDERED to provide Petitioner a bond hearing pursuant to 8 USC §1226(a) by February 6, 2026, or release him.

The parties are further ORDERED to update the Court on the status of his bond hearing no later than February 9, 2026.

SO ORDERED.

Signed on February 2, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge