Case 4:26-cv-00176   Document 12   Filed 02/13/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 17, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| GREGORY JOSE LOPEZ MARQUEZ,<br>    Petitioner, | §<br>§<br>§<br>§<br>§ | CIVIL ACTION NUMBER<br>4:26-cv-00176 |
| versus | §<br>§<br>§ | JUDGE CHARLES ESKRIDGE |
| PAMELA BONDI, *et al*.<br>    Respondents. | §<br>§ | |

## ORDER

Prior order granted the petition for writ of *habeas corpus* by Petitioner Gregory Jose Lopez Marquez and ordered Respondents to provide him with a bond hearing by February 4, 2026, or release him. Dkt 8.

Petitioner then filed a status report on February 2, 2026, indicating that Respondents had provided him with a bond hearing before an immigration judge on January 29, 2026. Dkt 9. But Petitioner was denied bond upon determination that he was mandatorily detained under §1225(b) and thus, ineligible for bond under §1226(a).

Respondents were then ordered to provide Petitioner with a bond hearing pursuant to 8 USC §1226(a) by February 6, 2026, or release him. Dkt 10. The parties were further ordered to update the Court on the status of his bond hearing by February 9, 2026. Ibid.

Pending is an advisory by Respondents indicating that Petitioner was provided a bond hearing, where relief was denied upon determination that Petitioner is a flight risk. Dkt 11.

The requested hearing having now occurred, no live claims remain in this action.

2

This action is DISMISSED.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on <u>February 13, 2026</u> , at Houston, Texas.

*[signature: CREskridge]*

Honorable Charles Eskridge
United States District Judge

Case 4:26-cv-00176   Document 12   Filed 02/13/26 in TXSD   Page 2 of 2